IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donna Blake,<br><br>    Plaintiff,<br><br>vs.<br><br>J.C. Christensen & Associates Inc.,<br><br>    Defendant. | No. CV 09-00476-TUC-JM<br><br>**JUDGMENT IN A CIVIL CASE** |

    Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed.R.Civ.P.41(a)(1), the above referenced matter is hereby **ordered dismissed** with prejudice.

```
 04/06/2010                              RICHARD H. WEARE
Date                                     CLERK


                                         S/Peggie Robb
                                    (By) Peggie Robb, Magistrate Clerk
```